JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EZION HOLDINGS LIMITED,

                     Plaintiff,

    - against -

PDV MARINA, S.A.,

                     Defendant.
------------------------------------------------------------X

09 Civ. _____  09 CIV 8080

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 SEP 2009

### ORDER TEMPORARILY SEALING COURT FILE

An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on September 21, 2009, and good cause having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Plaintiff's property has been attached. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case.

Dated: New York, NY

September 21, 2009

*PLAINTIFF IS DIRECTED TO ADVISE THE JUDGE TO WHOM THIS CASE IS ASSIGNED THAT THIS ORDER SEALING THE COURT FILE WAS ENTERED.*

*[signature] Pauley*
U.S.D.J.

*September 24, 2009*

*The Clerk of the Court is directed to unseal the court file (09 Civ 8080) which was sealed pursuant to Judge Pauley's order of September 24, 2009*

*So Ordered*
*[signature Crotty]*
*U.S.D.J.*

**MEMO ENDORSED**